**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

_____Richmond_____ Division

In re  Anthony Tyrone Minor
Renee Arnaz Minor

Case No  22-31998-KLP

**Debtor(s)**

**Chapter 13**

## ORDER OF CONVERSION FROM CHAPTER 7 TO CHAPTER 13

The debtor(s) in this case filed a petition under chapter 7 of the Bankruptcy Code on _____July 26, 2022_____, and on _____October 17, 2022_____, filed a motion to convert to one under chapter 13. Accordingly, it is **ORDERED** that:

1. The case is converted to one under Chapter 13 of the Bankruptcy Code;

2. The trustee in the Chapter 7 case shall file a final report and account as required by 11 U.S.C. 704(a)(9) with the Court within **30 days** of the entry of this order, with a copy to be mailed to the United States Trustee, and shall file a proof of claim for any outstanding expenses incurred during the administration of the Chapter 7 case.

3. The debtor(s), pursuant to Local Bankruptcy Rule 1017-1(C) and FRBP 1007(b)(6), shall file with the Court within **14 days** after the conversion of this case a Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period, Official Form 122C-1.

4. The debtor(s), pursuant to Local Bankruptcy Rule 1017-1(A), shall file with the Court within **14 days** after the conversion of this case as applicable, either:
   (a) a schedule of unpaid debts incurred after commencement of original bankruptcy case, and a list of creditors in the format required by the Clerk, **or**
   (b) a certification that no unpaid debts have been incurred since the commencement of the case.

*[If the debtor fails to file the schedule and list referred to above on the date of conversion of the case, any such subsequent filing shall be treated as an amendment under Local Bankruptcy Rule 1009-1 and the debtor shall be required to give all required notices and distribute all required copies, including copies to the trustee and the United States Trustee.]*

5. The debtor(s) shall file with the Court a Chapter 13 Plan and Related Motions, in the form approved by the Court for use in the Eastern District of Virginia, within **14 days** of the entry of this order and shall distribute the plan pursuant to Local Bankruptcy Rule 3015-2.

6. If the filing fee was previously waived by the Court in the Chapter 7 case, the debtor shall pay the Chapter 13 filing fee in full within **14 days** after conversion of this case or file an application to pay the filing fee in installments pursuant to Local Bankruptcy Rule 1006-1(A).

WILLIAM C. REDDEN
CLERK OF COURT

Date: November 8, 2022       By: /s/ James Cummings
                                  Deputy Clerk

NOTICE OF JUDGMENT ORDER
ENTERED ON DOCKET
November 8, 2022

[ocon713 ver. 12/15]